

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**CHRISTOPHER JON RANSONE,**

    Plaintiff,

v.                                        Civil Action No. **3:15CV662**

**ELIZABETH ORSINI,** *et al.,*

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on December 14, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he relocated or moved. By Memorandum Order entered on June 8, 2016, the Court directed Plaintiff to file a particularized complaint within fourteen (14) days of the date of entry thereof. On June 20, 2016, the United States Postal Service returned the June 8, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                    /s/

                             M. Hannah Lauck
                             United States District Judge

Date: JUL 1 5 2016
Richmond, Virginia